| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | SOUTHERN | Case Number | 6:14-cv-00053 |
|---|---|---|---|
| ASHLEE ROGERS ||||
| *versus* ||||
| NAVIENT SOLUTIONS, INC. DBA SALLIE MAE ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Amy E. Clark Kleinpeter<br>Hill Country Consumer Law<br>11940 Jollyville Road, Suite 220-S<br>Austin, Texas 78759<br>(512) 850-5290<br>Texas Bar No. 24043761 |
|---|---|
| Seeks to appear for this party: | Plaintiff Ashlee Rogers |
| Dated:   8/13/2014 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: Active | . |
|---|---|
| Dated: August 19, 2014 | Clerk's signature:  Shelia Ashabranner |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: August 19, 2014

*[signature]*
Nancy F. Atlas
United States District Judge