UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ASHLEE ROGERS, | § § § | |
| Plaintiff, | § § | CASE NO.: 6:14-cv-53 |
| vs. | § § § | |
| NAVIENT SOLUTIONS, INC., DBA SALLIE MAE | § § § § | JURY DEMAND |
| Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Ashlee Rogers, Plaintiff in the above-numbered and styled case, and files this Certificate of Interest Parties, certifying that the following listed parties have an interest in the outcome of this case:

(1) Ashlee Rogers
    Plaintiff

(2) Amy E. Clark Kleinpeter
    Plaintiff's Counsel

(3) Dana Karni
    Plaintiff's Counsel

(4) Navient Solutions, Inc., dba Sallie Mae, (SLM) NASDAQ
    Defendant

Respectfully submitted,

/s/ Amy E. Clark Kleinpeter

Amy Kleinpeter, Esquire
**Hill Country Consumer Law**
11940 Jollyville Road, Suite 220-S
Austin, Texas 78759
Tele:  512-850-5290
amyck1@gmail.com
Texas Bar #24043761
Attorney for Plaintiff

/s/ Dana Karni_____
Dana Karni, Esquire
**Karni Law Firm, P.C.**
4635 Southwest Freeway Suite 645
Houston, Texas 77027
Tele: 713-552-0008
Fax:  713-454-7247
dkarni@texasconsumerdebt.com
SDTX #592484
Texas Bar # 24044379
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Certrificate of Interested Parties has been forwarded to Navient Solutions, Inc., dba Sallie Mae by First Class Mail on this the 15th day of September, 2014.

Lawyers Incorporating Service Company
211 Ease 7th Street, Suite 620
Austin, Texas 78701
Registered Agent for Navient Solutions, Inc. dba Sallie Mae

/s/ Dana Karni_____
DANA KARNI